1 | Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
2 | 1801 Century Park East
Suite 1100
3 | Los Angeles, CA  90067
323.364.6565 – Telephone
4 | 561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
5 |
Attorneys for Plaintiff
6 | ADAM ROMANOWICZ

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SOUTHERN DIVISION**

11 | ADAM ROMANOWICZ,  | **Case No.:  8:19-cv-01981**

12 | Plaintiff,  | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

13 | v.  | **Demand for Jury Trial**

14 | THEGLUV ATHLETIQUE, INC. DBA LEOREVER,

15 |

16 | Defendant.

17 | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

18 |

19 | Plaintiff ADAM ROMANOWICZ by and through his undersigned counsel,

20 | brings this Complaint against Defendant THEGLUV ATHLETIQUE, INC. DBA

21 |

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.:  8:19-CV-01981

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1 LEOREVER for damages and injunctive relief, and in support thereof states as

2 follows:

### SUMMARY OF THE ACTION

4    1.    Plaintiff ADAM ROMANOWICZ ("Romanowicz") brings this action for

5 violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and

6 distribute Romanowicz's original copyrighted works of authorship.

7    2.    Adam Romanowicz was born and raised in Chicago, IL. Romanowicz

8 always had a fascination with the artistic and abstract world.  His childhood days were

9 spent drawing, building models, and daydreaming of adventures in far off lands.

10 While the real world grounds him in a career of engineering, daydreaming evolved

11 into a passion for travel, outdoors, SCUBA diving, and other exhilarating activities.

12 These passions only reinforce his love of photography, allowing him to show others

13 the world through his eyes.

14    3.    Shooting the world since 1997, Romanowicz strives to create a strong

15 sense of place in his travel related fine art photographs.  The idea is to make the

16 viewer feel that they are literally standing in the image rather than just looking at it.

17 Other than travel, photo interests include aviation, underwater, and macro.

18 Romanowicz is also getting into digital art, focusing on the surreal 3D world.

19    4.    Romanowicz's archival quality prints can be purchased directly from his

20 fine art gallery at AdamRomanowicz.com, and can be printed on various fine art

21

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.: 8:19-CV-01981

1  papers, canvas, and acrylic, framed or unframed.  His images have been exhibited in

2  galleries and juried shows around Chicagoland.

3    5.    In addition to fine art prints, Romanowicz offers a large collection of

4  editorial and commercial stock photography.  Stock images are available for license

5  on his award winning website, 3scape.com.

6    6.    Defendant THEGLUV ATHLETIQUE, INC. DBA LEOREVER

7  ("Leorever") is an athletic wear company based in Huntington Beach, California.

8  Owned and designed by CEO Jonathan Oe, the company focuses on athletic wear for

9  both men and women.

10    7.    Romanowicz alleges that Leorever copied Romanowicz's copyrighted

11  Work from the internet in order to advertise, market and promote its business

12  activities.  Leorever committed the violations alleged in connection with Leorever's

13  business for purposes of advertising and promoting sales to the public in the course

14  and scope of Leorever's business.

**JURISDICTION AND VENUE**

16    8.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

17    9.    This Court has subject matter jurisdiction over these claims pursuant to

18  28 U.S.C. §§ 1331, 1338(a).

19    10.    Leorever is subject to personal jurisdiction in California.

20

21

**SRIPLAW**
LOS ANGELES, CALIFORNIA

3

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

12. TheGluv Athletique, Inc. dba Leorever is a California corporation with its principal place of business at 16692 Gothard Street, Huntington Beach, California, 92647, and can be served by serving its Registered Agent, Gregory M. Clement, 2020 Main Street, Suite 600, Irvine, California, 92614.

## THE COPYRIGHTED WORK AT ISSUE

13. In 2017, Romanowicz created a photograph entitled "Columbus Ohio Skyline at Night", which is shown below and referred to herein as the "Work".



**SRIPLAW**
LOS ANGELES, CALIFORNIA

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.: 8:19-CV-01981

14.     At the time he created the Work, Romanowicz applied copyright management information to the Work consisting of "Copyright © Adam Romanowicz – 3scape Photos" in white italic font in the bottom right hand corner of the photo

15.     Romanowicz registered the Work with the Register of Copyrights on July 18, 2017 and was assigned the registration number VAu 1-281-805.  The Certificate of Registration is attached hereto as Exhibit 1.

16.     At all relevant times Romanowicz was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

17.     Leorever has never been licensed to use the Work at issue in this action for any purpose.

18.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Leorever copied the Work.

19.     Leorever copied Romanowicz's copyrighted Work without Romanowicz's permission.

20.     After Leorever copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its event announcement about the Arnold Sports Festival in Columbus, Ohio February 28-March 3, 2019 tour date.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.:  8:19-CV-01981

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1    21.    Leorever copied and distributed Romanowicz's copyrighted Work in

2  connection with Leorever's business for purposes of advertising and promoting

3  Leorever's business, and in the course and scope of advertising and selling products

4  and services.

5    22.    Romanowicz's Works are protected by copyright but are not otherwise

6  confidential, proprietary, or trade secrets.

7    23.    Leorever committed copyright infringement of the Work as evidenced by

8  the documents attached hereto as Exhibit 2.

9    24.    Romanowicz never gave Leorever permission or authority to copy,

10  distribute or display the Work at issue in this case.

11    25.    Romanowicz notified Leorever of the allegations set forth herein on April

12  26, 2019.  To date, Leorever has failed to respond to Plaintiff's Notice.

13    26.    When Leorever copied and displayed the Work at issue in this case,

14  Leorever removed Romanowicz's copyright management information from the Work.

15    27.    Romanowicz never gave Leorever permission or authority to remove

16  copyright management information from the Work at issue in this case.

17                         **COUNT I**
                   **COPYRIGHT INFRINGEMENT**
18

19    28.    Plaintiff incorporates the allegations of paragraphs 1 through 27 of this

20  Complaint as if fully set forth herein.

21    29.    Romanowicz owns a valid copyright in the Work at issue in this case.

6

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1      30.    Romanowicz registered the Work at issue in this case with the Register of

2  Copyrights pursuant to 17 U.S.C. § 411(a).

3      31.    Leorever copied, displayed, and distributed the Work at issue in this case

4  and made derivatives of the Work without Romanowicz's authorization in violation of

5  17 U.S.C. § 501.

6      32.    Leorever performed the acts alleged in the course and scope of its

7  business activities.

8      33.    Leorever's acts were willful.

9      34.    Romanowicz has been damaged.

10     35.    The harm caused to Romanowicz has been irreparable.

11

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

12

13     36.    Plaintiff incorporates the allegations of paragraphs 1 through 27 of this

14  Complaint as if fully set forth herein.

15     37.    The Work at issue in this case contains copyright management

16  information ("CMI").

17     38.    Leorever knowingly and with the intent to enable or facilitate copyright

18  infringement, removed CMI from the Work at issue in this action in violation of 17

19  U.S.C. § 1202(b).

20

21

7

COMPLAINT FOR COPYRIGHT INFRINGEMENT<br>CASE NO.: 8:19-CV-01981

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1   39.   Leorever committed these acts knowing or having reasonable grounds to

2   know that it will induce, enable, facilitate or conceal infringement of Romanowicz's

3   rights in the Work at issue in this action protected under the Copyright Act.

4   40.   Leorever caused, directed and authorized others commit these acts

5   knowing or having reasonable grounds to know that it will induce, enable, facilitate or

6   conceal infringement of Romanowicz's rights in the Work at issue in this action

7   protected under the Copyright Act.

8   41.   Romanowicz has been damaged.

9   42.   The harm caused to Romanowicz has been irreparable.

10   WHEREFORE, the Plaintiff prays for judgment against the Defendant TheGluv

11   Athletique, Inc. dba Leorever that:

12   a.   Defendant and its officers, agents, servants, employees, affiliated entities,

13   and all of those in active concert with them, be preliminarily and permanently enjoined

14   from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

15   b.   Defendant be required to pay Plaintiff his actual damages and Defendant's

16   profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as

17   provided in 17 U.S.C. §§ 504, 1203.

18   c.   Plaintiff be awarded his attorneys' fees and costs of suit under the

19   applicable statutes sued upon; and

20

21

8

1    d.    Plaintiff be awarded such other and further relief as the Court deems just

2  and proper.

3                              **JURY DEMAND**

4        Plaintiff hereby demands a trial by jury of all issues so triable.

5

6  DATED:  October 18, 2019          Respectfully submitted,

7                                    */s/ Jonah A. Grossbardt*

8                                    JONAH A. GROSSBARDT
                                     **SRIPLAW**

9                                    Attorneys for Plaintiff Adam Romanowicz

10

11

12

13

14

15

16

17

18

19

20

21

**SRIPLAW**
LOS ANGELES, CALIFORNIA

9