1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorney for Plaintiff
6  ADAM ROMANOWICZ

7

8                    **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                         **SOUTHERN DIVISION**
10

11  ADAM ROMANOWICZ,                    Case No.:  8:19-cv-01981-JVS-DFM

12                          Plaintiff,  **NOTICE OF SETTLEMENT IN
                                        PRINCIPLE**
13  v.

14  THE GLUV ATHLETIQUE, INC. DBA
    LEOREVER,
15
                           Defendant.
16

17        Plaintiff ADAM ROMANOWICZ, by and through his undersigned counsel,

18  and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies

19  the Court that the parties have agreed in principle to settle this matter.  Counsel for the

20  parties are in the process of preparing and finalizing the Settlement Agreement and

21

**SRIPLAW**
LOS ANGELES, CALIFORNIA

1  Dismissal and respectfully request that the parties are given until December 18, 2019

2  in which to file said Dismissal.

3      Plaintiff is filing this Notice and Motion with Defendant's approval and

4  permission.

5

6  DATED:  November 19, 2019          Respectfully submitted,

7                                     */s/ Jonah A. Grossbardt*_____

8                                     JONAH A. GROSSBARDT
                                       **SRIPLAW**

9                                     Attorneys for Plaintiff Adam Romanowicz

10                      **CERTIFICATE OF SERVICE**

11      The undersigned does hereby certify that on November 19, 2019, a true and

12  correct copy of this **Notice of Settlement** was sent by electronic mail to all parties

    listed below on the Service List, who have not entered an appearance in this matter.

13

14                                     */s/ Jonah A. Grossbardt*_____

15                                     JONAH A. GROSSBARDT

16                          **SERVICE LIST**

17  Ms. Amanda V. Dwight
    Burkhalter Kessler
18  Clement & George LLP
    2020 Main Street
19  Suite 600
    Irvine, CA 92614
20  adwight@bkcglaw.com
    Attorneys for Defendant

21